DOUGLAS GILLIES, ESQ. (53602)
douglasgillies@gmail.com
3756 Torino Drive
Santa Barbara, CA 93105
(805) 682-7033

Attorney for Plaintiff
MARGARET CARSWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET CARSWELL,<br><br>                Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE BANK N.A.,<br>CALIFORNIA RECONVEYANCE<br>CO., and DOES 1-150, inclusive,<br>                Defendants. | No. CV10- 5152 GW (PLAx)<br><br>DECLARATION OF PLAINTIFF<br>MARGARET CARSWELL IN<br>SUPPORT OF MOTION FOR<br>RECONSIDERATION OF EX<br>PARTE APPLICATION FOR<br>OSC AND TRO |

Margaret Carswell declares:

1. In early 2010, I received in the mail from Chase a copy of an Adjustable Rate Note in the amount of $2,500,000.00. It identifies the lender as WASHINGTON MUTUAL BANK, FA. The Note is not indorsed to Chase pursuant to UCC 3-204. Neither my name nor initials appear in the body of the Note. The signature page is undated and separate from all of the content of the Note. A true copy of the Note is marked Exhibit "1" and filed herewith.

2. In November 2009, I searched the Grantor-Grantee index at the Santa Barbara County Recorder's Office and obtained a copy of an Assignment of Deed of Trust

1 | from California Reconveyance Company to Bank of America dated September 1,
2 | 2009. The Assignment is marked Exhibit "2" and filed herewith.
3 |     3. On March 17, 2010, I wrote to California Reconveyance Company requesting
4 | it to file a Full Reconveyance of my property title back to me, as being the only
5 | interested party still remaining. My request is marked Exhibit "3" and filed herewith.
6 |     4. On March 31, 2010, California Reconveyance recorded a Notice of Default
7 | against my property. It instructed me to contact JPMorgan Chase Bank to stop the
8 | foreclosure. The Notice of Default is marked Exhibit "4" and filed herewith
9 |     5. On April 30, 2010, I sent a Qualified Written Request (QWR) to defendant
10 | CRC and WaMu, in care of Chase Bank, pursuant to §6 of the Real Estate Settlement
11 | Procedures Act. I received an acknowledgment from Chase dated May 6, but I have
12 | not received any of the requested items. My QWR and Chase's acknowledgment is
13 | marked Exhibit "5" and filed herewith.
14 |     6. On July 1, 2010, California Reconveyance recorded a Notice of Trustee's
15 | Sale against my property stating that it will be sold at public auction on July 22, 2010.
16 | The Notice of Trustee's Sale is marked Exhibit "6" and filed herewith.

## DECLARATION

MARGARET CARSWELL declares: I am the Plaintiff in the above action. I declare under penalty of perjury under the laws of California that the foregoing is true and correct, except for matters stated on information and belief, and as to those matters, I believe them to be true. Executed in Santa Barbara, CA on July 19, 2010.

*/s/ Margaret Carswell*

Margaret Carswell