PURCHASE AND ASSUMPTION AGREEMENT
AMONG
FEDERAL DEPOSIT INSURANCE CORPORATION,
Receiver of Washington Mutual Bank
Henderson, NV
and
JPMorgan Chase Bank, National Association, Seattle, WA
DATED AS OF
September 25, 2008

AMENDMENT TO ARTICLE 1
FINAL SETTLEMENT DATE

Pursuant to Article 1: "means the first Business Day immediately prior to the day which is one hundred eighty (180) days after Bank Closing, or such other date prior thereto as may be agreed upon by the Receiver and the Assuming Bank. The Receiver, in its discretion, may extend the Settlement Date."

The purpose of this **Amendment** is to extend the time period for the **Final Settlement** to August 30, 2010.

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
**Receiver of Washington Mutual Bank**

BY: _____  6/18/2010
John E. Eveland           Date
Manager
Receivership Oversight