MAIL TAX STATEMENT TO

Same As Blow

WHEN RECORDED MAIL TO

me
eet
dress

y &
te

Margaret L. Carswell, Trustee
849 Sea Ranch Dr.
Sanat Barbara, CA  93109

92-083401

Recorded
Official Records
County of
Santa Barbara
Kenneth A Pettit
Recorder
8:00am 21-Oct-92

Rec Fee        5.00
DOC          825.00
Total        830.00

FIDE    CC    1

ORDER NO.    101727
ESCROW NO.   3617-HM

—— SPACE ABOVE RECORDER'S USE ONLY ——

# GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):

Documentary transfer tax is $ __825.00__ .

( X) Computed on full value of property conveyed, or

(  ) Computed on full value less value of liens and encumbrances remaining at time of sale.

(  ) Unincorporated area ( X ) City of __Santa Barbara__

Tax Parcel No. __47-103-04__

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

ROBERT J. STOLL, JR., a married man who acquired title as an unmarried man

hereby GRANT(S) to

MARGARET    CARSWELL, Trustee of the Margaret Carswell Family Trust of 1992

the following described real property in the     city of Santa Barbara
County of        Santa Barbara                    , State of California:

Lot 44 of Campanil Hills, Unit No. Two, in the City of Santa Barbara, County of Santa Barbar
State of California, as shown on Map filed in Book 74, Pages 17, 18 and 19 of Maps, in the
office of the County Recorder of said County.

Robert J. Stoll, Jr.

Dated ____October 15, 1992____

STATE OF CALIFORNIA
County of _____                    } s.s.

On this _____ day of _____ , 19____ , before me, the undersigned, a Notary Public in and
said County and State, personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person _____ whose name _____
subscribed to the within instrument and acknowledged that _____ executed the same.

**Plaintiff's Exhibit 9   Page 1 of 1**

WITNESS my hand and official seal.