1  DOUGLAS GILLIES, ESQ.  (CA Bar No. 53602)
2  douglasgillies@gmail.com
   3756 Torino Drive
3  Santa Barbara, CA 93105
4  (805) 682-7033

5  Attorney for Plaintiff
6  MARGARET CARSWELL

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11 MARGARET CARSWELL,              ) Case No. CV 10-5152-GW (PLAx)
12              Plaintiff,          )
                                    ) JUDGE:  HON. GEORGE H. WU
13         v.                       )
                                    )
14 JP MORGAN CHASE BANK N.A.,       ) REQUEST FOR JUDICIAL NOTICE
   CALIFORNIA RECONVEYANCE         ) IN OPPOSITION TO
15 CO., and DOES 1-150, inclusive,  ) MOTION TO DISMISS COMPLAINT
16              Defendants.         )
                                    ) DATE: September 30, 2010
17                                  ) TIME: 8:30 AM
18                                  ) CRTRM: 10

22     TO DEFENDANTS JP MORGAN CHASE BANK N.A., CALIFORNIA
23 RECONVEYANCE CO. AND THEIR ATTORNEYS OF RECORD:
24     PLEASE TAKE NOTICE that plaintiff Margaret Carswell requests that the Court
25 take judicial notice pursuant to Federal Rules of Evidence section 201(b), 201(c), and
26 201(d) of the following documents:
27     Plaintiff's Exhibit "8"   Examiner's Preliminary Report filed September 7, 2010 in
28 the Washington Mutual Chapter 11 bankruptcy, Case No 098-12229 (Delaware).

1  Date: September 9, 2010                    /s/_____
2                                              Douglas Gillies
3                                              Attorney for Plaintiff
                                               3756 Torino Drive,
4                                              Santa Barbara, CA 931056
5                                              douglasgillies@gmail.com
                                               (805) 682-7033
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28