DOUGLAS GILLIES, ESQ. (53602)
douglasgillies@gmail.com
3756 Torino Drive
Santa Barbara, CA 93105
(805) 682-7033

Attorney for Plaintiff
MARGARET CARSWELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET CARSWELL, <br> Plaintiff, <br> v. <br> JP MORGAN CHASE BANK N.A., CALIFORNIA RECONVEYANCE CO., and DOES 1-150, inclusive, <br> Defendants. | Case No. CV 10-5152-GW (PLAx) <br><br> **NOTICE OF APPEAL** |

Notice is given that MARGARET CARSWELL, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit a Final Ruling Dismissing Plaintiff's First Amended Complaint entered in this action on February 15, 2011.

Date: March 11, 2011

Douglas Gillies
Attorney for Plaintiff/Appellant Margaret Carswell

DOUGLAS GILLIES, ESQ. (53602)
douglasgillies@gmail.com
3756 Torino Drive
Santa Barbara, CA 93105
(805) 682-7033

Attorney for Plaintiff
MARGARET CARSWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET CARSWELL,<br>          Plaintiff,<br>    v.<br>JP MORGAN CHASE BANK N.A.,<br>CALIFORNIA RECONVEYANCE CO.,<br>and DOES 1-150, inclusive,<br>          Defendants. | Case No. CV 10-5152-GW (PLAx)<br><br>**REPRESENTATION STATEMENT** |

   Plaintiff and Appellant MARGARET CARSWELL is represented by: Douglas Gillies, 3756 Torino Drive, Santa Barbara CA 93105. (805) 682-7033

   Defendants and Respondents JPMORGAN CHASE and CALIFORNIA RECONVEYANCE COMPANY are represented by:

   Theodore E. Bacon
   Amy L. Morse
   Michael B. Tannatt
   AlvaradoSmith
   633 W. Fifth Street, Suite 1100, Los Angeles, CA 90017
   (213) 229-2400

Date: March 11, 2011

_____
Douglas Gillies, Attorney for Plaintiff

Case 2:10-cv-05152-GW-PL Document 41 Filed 02/15/11 Page 1 of 2 Page ID #:859
Case 2:10-cv-05152-GW -PLA Document 42 Filed 03/14/11 Page 3 of 4 Page ID #:863
MADE JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:10-cv-05152-GW(PLAx) | Date | February 15, 2011 |
| Title | *Margaret Carswell v. JP Morgan Chase Bank N.A., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):     FINAL RULING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

The Court's final ruling on Defendants' Motion to Dismiss First Amended Complaint is attached hereto. Defendants' motion is **granted without leave to amend.**

Initials of Preparer     JG

**<u>Carswell v. JPMorgan Chase Bank N.A., et al.</u>**, Case No. 10-5152
Final Ruling on Defendants' Motion to Dismiss First Amended Complaint

On January 6, 2011, this Court issued a "tentative ruling" granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. <u>See</u> Docket item Number ("Doc. No.") 37. At the hearing, the Court indicated that it was adopting the tentative as its final ruling but allowed Plaintiff to submit an "offer of proof" as to whether to permit her leave to amend, given her prior unsuccessful attempts to adequately plead. <u>Id.</u>

Plaintiff's Offer of Proof was filed on January 28, 2011. <u>See</u> Doc. No. 38. In it, Plaintiff relies on recent opinions by the Massachusetts Supreme Court to continue to assert that the securitization of the note somehow inhibits Defendants' ability to foreclose. The Court has explained its rejection of that theory in detail in two previous orders. <u>See</u> Doc. Nos. 20-1 and 37. Nothing in the Offer of Proof suggests that Plaintiff has the ability to state a claim for wrongful foreclosure.

Plaintiff's Offer of Proof also does not establish that any actionable fraud or unjust enrichment has occurred, nor raises a basis for any other viable cause of action against the moving Defendants. Therefore, the Motion to Dismiss will be granted without leave to amend for the reasons stated in the January 6, 2011 ruling and herein.