2:10-cv-05152-GW -PLA
Margaret Carswell v. JP Morgan Chase Bank N.A. et al

Fee paid by Plaintiff Margaret Carswell.

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA012288
Cashier ID: jacash
Transaction Date: 03/18/2011
Payer Name: DOUGLAS GILLIES ESQ
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: DOUGLAS GILLIES ESQ
 Case/Party: D-CAC-2-10-CV-005152-001
 Amount:       $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $455.00
-----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```